AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RESTAURANT MARKETING SERVICES, ) <br> INC., M*OBILE WAITERS GARNER*, LLC, ) <br> 919DINE.COM, JEFFREY SCOTT ECKHOFF, ) <br> JERRY THOMAS JORDAN, *Co-Administrator* ) <br> *of the Estate of Wilma Marcom Jordan*, ) <br> ANGELINE MARIE JORDAN ENNIS, ) <br> *Co-Administrator of the Estate of Wilma* ) <br> *Marcom Jordan*, NORTH CAROLINA FARM ) <br> BUREAU MUTUAL INSURANCE COMPANY, ) <br> INTERNATIONAL EXCESS PROGRAM ) <br> MANAGERS AGENCY, INC., and ) <br> INTERNATIONAL EXCESS PROGRAM ) <br> MANAGERS, INC., ) <br> ) <br> Defendants. ) | **JUDGMENT** <br> **CASE NO. 5:12-CV-36-D** |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment [D.E. 45] GRANTED. The Motion for Summary Judgment of Defendants International Excess Program Managers Agency, Inc. and International Excess Programs Manager, Inc., [D.E. 47] is GRANTED in light of the absence of coverage under the primary policy that Plaintiff issued. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JANUARY 17, 2013**</u> WITH A COPY TO:

Alka Srivastava (via CM/ECF Electronic Notification)
Bruce W. Berger (via CM/ECF Electronic Notification)
Glenn C. Raynor (via CM/ECF Electronic Notification)
Robin K. Vinson (via CM/ECF Electronic Notification)

<u>January 17, 2013</u>            JULIE A. RICHARDS, Clerk
Date                                          Eastern District of North Carolina

                                              <u>/s/ Debby Sawyer            </u>
                                              (By) Deputy Clerk

Raleigh, North Carolina